USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-25-21

ORIGINAL

Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 20CR41 (ALC)

Stanley Downey

On July 18, 2019, the above named was placed on Supervised Release for a period of Three (3) Years'. He has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that Stanley Downey's Supervised Release be reduced by one (1) year.

Respectfully submitted,

by _____
Lisa Faro
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Stanley Downey be a granted a one (1) year reduction in his Supervised Release term with a new maximum expiration date of July 17, 2021.

Date this 25th day of May, 20 21.

_____
Honorable Andrew L. Carter Jr.
U.S. District Judge